UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane F. Girard
          Plaintiff,

v.                      Case No.: 1:25−cv−04586
                      Honorable Jeremy C. Daniel

Marissa Girard, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

  MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Marissa Girard failed to appear. Marissa Girard removed this case to federal court on April 28, 2025. (R. 1.) In her notice of removal, she claims that an April 28, 2025, declaratory judgment pleading served on her by Kenton Girard raised a federal question. (R. 1 at 2.) She claims that a postnuptial indemnification agreement that grants her reasonable and necessary legal fees from Kenton Girard if Jane Girard violates Marissa Girard's rights under federal law. (Id.) She further claims that Kenton Girard has brought claims that raise federal questions. (R. 1 at 3.) At no point does she explain which rights have been violated under federal law or what federal questions Kenton Girard's claims implicate. Exhibit A to her notice of removal is a motion to join her as a third party in a custody dispute between Jane and Kenton Girard. According to Exhibit A, Jane and Kenton have divorced and Kenton and Marissa married. According to Kenton Girard's crossclaims, which she also attached to her notice of removal, Kenton and Marissa are no longer married. Kenton Girard's crossclaims address the postnuptial indemnification agreement, which Marissa seeks to enforce in connection with a pending federal lawsuit. Nothing about those claims introduce a federal question into this case, which centers on domestic disputes related to custody and divorce agreements. Therefore, this Court lacks subject matter jurisdiction. Accordingly, this case is remanded to state court. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.