Jane F. Girard
                        Plaintiff,

v.                                              Case No.: 1:25−cv−04586
                                             Honorable Jeremy C. Daniel

Marissa Girard, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Telephone motion hearing. For the reasons stated on the record, motions for attorneys fees [17] and to vacate remand order [20] are denied. Motion for immediate transmission of certified copy of remand order [18] is granted. The Clerk is directed to remand this case forthwith. This case remains closed. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.