

# UNITED STATES DISTRICT COURT
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

**Thomas G. Bruton**                                                       312-435-5670
Clerk

05/16/2025

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Girard v. Girard et al
USDC Case Number:  1:25-cv-04586
Circuit Court Case Number:  2015-D-009633

Dear Clerk:

A certified copy of an order entered on 05/15/2025 by the Honorable Jeremy C. Daniel, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                                     Sincerely yours,
                                                     Thomas G. Bruton, Clerk

                                             By: /s/ D. Jozwiak
                                                       Deputy Clerk

Enclosure(s)

Rev. 10/05/2016