FILED
5/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANE F. GIRARD, | |
| Plaintiff, | Civil No. 1:25-cv-04586 |
| v. | District Judge Jeremy C. Daniel |
| KENTON GIRARD and MARISSA GIRARD, | Mag. Heather K. McShain |
| Defendants. | |

### MOTION FOR COMPLIANCE WITH CIRCUIT RULE 50

On May 15 2025, this Court ruled (Dkt[23]) against Marissa Girard's Motion to Vacate Remand under Rule 59(e) (Dkt[20]). Defendant Marissa Girard, in support of her Motion for Compliance with Circuit Rule 50, hereby states as follows:

The Court's denial of the Motion to Vacate Remand under Rule 59(e) – based on the open court discussion on May 15 2025 – was premised not on the *absence of a federal question* in the pleading Marissa Girard actioned for removal to this District Court. Indeed civil rights questions were affirmatively identified in the court date on May 15 2025. Rather, based on the open court discussion on May 15 2025, the denial appears to be based on the *posture* of Marissa Girard as an original defendant and a crossclaim defendant.

Under 28 U.S.C. § 1447(d), because removal actioned civil rights claims under the ambit of 28 U.S.C. § 1443, the order of remand is appealable. In order to facilitate efficient review by the Seventh Circuit, Marissa Girard hereby requests the court enter on the docket a written explanation of its reasons for the denial of her Motion to Vacate Remand under Rule 59(e).

Dated: May 16 2025                                  Respectfully submitted,

                                                  Marissa Girard
                                                  965 Forestway Drive
                                                  Glencoe, IL 60022
                                                  Tel: (773) 425-4393
                                                  marissadakis@gmail.com

                                       By:     /s/ Marissa Girard

                                                  In Pro Se

## CERTIFICATE OF SERVICE

The undersigned certifies that this paper and all attachments were (a) electronically filed with the clerk of this Court on May 16 2025, (b) provided via email to the attorneys who have entered their appearances in this matter per the contact details listed below, and (c) provided via email to Kenton Girard, Karen Paige, Candace Meyers and Ryan McEnerney who are pro se hereunder per the contact details listed below:

**Electronic Service on Attorneys**

kpaige@beermannlaw.com
       for Plaintiff Jane F. Girard

**Electronic Service on Pro Se Parties**

jduffy@smbtrials.com and vhammer@hsqlawfirm.com
       for TP Defendant Vanessa L. Hammer
kimberly.blair@wilsonelser.com and kpaige@beermanlaw.com
       for TP Defendant Karen V. Paige
kimberly.blair@wilsonelser.com and clmeyers@beermanlaw.com
       for TP Defendant Candace L. Meyers
jkivetz@jsotoslaw.com and rmcenerney@villageofglencoe.org
       for TP Defendant Ryan McEnerney
kg5252@yahoo.com
       for Defendant Kenton Girard

                                                               /s/ Marissa Girard